

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2014

No. 04-12-00630-CV

**THE HUFF ENERGY FUND, L.P.**, WRH Energy Partners, L.L.C., William R."Bill" Huff, Rick D'Angelo, Ed Dartley, Bryan Bloom, and Riley-Huff Energy Group, LLC, Appellants

v.

**LONGVIEW ENERGY COMPANY,**
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 11-09-12583-ZCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED. The appellee's brief is due on or before April 9, 2014. NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court